IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

DANNY A. CROMEANS, JR.
ADC # 107662                                                                         PLAINTIFF

V.                                    4:10-CV-00132 JMM

JOE E. GRIFFIN, Circuit Judge, Eighth
Judicial District; and JOHN GRIFFIN,
Deputy Prosecuting Attorney                                                          DEFENDANTS

## ORDER

Plaintiff has submitted this §1983 case for filing in this district. However, from the facts alleged and the defendants named, it appears that venue properly lies in the Western District of Arkansas. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).

THEREFORE, the Clerk is directed to immediately transfer a copy of this order and the original file of this Court to the Clerk of the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this __25__ day of March, 2010.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE